IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOANN GAMA, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Cause Number: 7:22-CV-00398 |
| | § | |
| IDEA PUBLIC SCHOOLS, | § | |
|     *Defendant.* | § | |

### NOTICE OF SERVICE OF DEFENDANT'S AMENDED PRIVILEGE LOG

COMES NOW Defendant IDEA Public Schools ("Defendant") and files this Notice of Service of Defendant's Amended Privilege Log. Defendant hereby notifies the Court that Defendant has amended its privilege log in accordance with the Court's Order Denying Plaintiff's Motion to Compel Defendant's Response to Request for Production No. 3 (Dkt. 19) issued on August 15, 2023. The amended privilege log was timely served on Plaintiff on August 24, 2023, which is within the 14-day period ordered by the Court.

Respectfully submitted,

**SCHULMAN, LOPEZ,**
**HOFFER & ADELSTEIN, LLP**

*/s/ Joseph E. Hoffer*
**Joseph E. Hoffer**
State Bar No. 24049462
Federal ID No. 2006911
Email: jhoffer@slh-law.com
**Ricardo R. Lopez**
State Bar No. 24013059
Federal ID No. 24529
Email: rlopez@slh-law.com
**Jasmine E. Grant**
State Bar No. 24101821
Federal ID No. 3501815
Email: jgrant@slh-law.com
845 Proton Road

San Antonio, Texas 78258
Telephone:	210-538-5385
Facsimile:	210-538-5384
**ATTORNEYS FOR DEFENDANT**
**IDEA PUBLIC SCHOOLS**

## CERTIFICATE OF SERVICE

On August 28, 2023, the foregoing document was electronically submitted for filing with the Clerk for the U. S. District Court, Southern District of Texas, using the electronic case filing system of the Court. Counsel for Plaintiff are registered and will receive notification of electronic filing via the Court's CM/ECF system as follows:

David Willis, David Willis, P.C., 1534 E. 6th Street, Suite 201, Brownsville, Texas 78520, (956) 986-2525, Email: dwillis@davidwillispc.com.

/s/ *Joseph E. Hoffer*
Attorney for Defendant