United States District Court
Southern District of Texas
**ENTERED**
February 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JOANN GAMA,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Cause Number: 7:22-CV-00398 |
| | § | |
| **IDEA PUBLIC SCHOOLS,** | § | |
| *Defendant.* | § | |

## ORDER GRANTING
## PARTIES' JOINT NOTICE OF NONSUIT

Upon consideration of Parties' Joint Notice of Nonsuit (Dkt. No. 32), the Court hereby **ORDERS** that all pending claims in this matter are dismissed with prejudice. All costs incurred are taxed against the party incurring the same.

SO ORDERED February 22, 2024, at McAllen, Texas.

_____
Randy Crane
United States District Judge